# EXHIBIT A

255554326v.1

**Campos, April**

| | |
|---|---|
| **From:** | Quinn, Thomas F. <Thomas.Quinn@wilsonelser.com> |
| **Sent:** | Wednesday, September 15, 2021 6:52 AM |
| **To:** | Israel, Ronald; Tucci, Mauro; Fedor, Matthew J.; Boggia, Elizabeth B. |
| **Cc:** | Piorek, Joanna |
| **Subject:** | RE: Speedwell vs Morristown et al |
| **Attachments:** | █████████████████████████ |

Dear Defense Colleagues

New complaint filed 9/8/21 ███████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████ In any event, we consent to removal ████████████████████████████████████████████ Let us know if someone is removing.

Thanks.

TQ

Thomas F. Quinn
Attorney at Law
Wilson Elser Moskowitz Edelman & Dicker LLP
200 Campus Drive
Florham Park, NJ 07932-0668
973.735.6036 (Direct)
973.886.9880 (Cell)
973.624.0800 (Main)
973.624.0808 (Fax)
thomas.quinn@wilsonelser.com
pronouns: he, him, his

---

**From:** Philip Rosenbach [mailto:pr@brglaw.com]
**Sent:** Wednesday, September 8, 2021 4:28 PM
**To:** Israel, Ronald <risrael@csglaw.com>; Tucci, Mauro <mtucci@csglaw.com>; Fedor, Matthew J. <matthew.fedor@faegredrinker.com>; Boggia, Elizabeth B. <elizabeth.boggia@faegredrinker.com>; Piorek, Joanna <Joanna.Piorek@wilsonelser.com>; Quinn, Thomas F. <Thomas.Quinn@wilsonelser.com>
**Cc:** Linda Cahn <lindacahn@mac.com>
**Subject:** Speedwell vs Morristown et al

**[EXTERNAL EMAIL]**

Counsel -- In an attempt to get this matter to move more quickly, the plaintiffs have voluntarily dismissed their federal complaint pursuant to FRCP41(a)(1)(A)(i) and have filed a Superior Court complaint assigned docket number MRS-L-1900-21.

1

With this email I am providing you with copies of the federal dismissal papers and Superior Court complaint. Please note that the complaint was submitted and is attached hereto in five pieces.

Please confirm if you will accept service of process on behalf of your respective clients. If I do not receive this confirmation by 5 PM on Wednesday, September 15, I will take the appropriate actions to effect service.

Regards  --

Philip Rosenbach
Berman Rosenbach LLC
150 Morristown Road
Bernardsville, NJ 07924
Cell 973-563-0311
Office 973-206-8200
973-206-8201 fax
www.bermanrosenbach.com

Confidential: This e-mail may contain confidential or privileged information. If you are not the intended recipient, please notify the sender immediately by return e-mail and delete this e-mail and all copies and attachments.

IRS Circular 230 Notice: Unless specifically stated otherwise, any tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.


CONFIDENTIALITY NOTICE: This electronic message is intended to be
viewed only by the individual or entity to whom it is addressed.
It may contain information that is privileged, confidential and
exempt from disclosure under applicable law. Any dissemination,
distribution or copying of this communication is strictly prohibited
without our prior permission. If the reader of this message is not
the intended recipient, or the employee or agent responsible for
delivering the message to the intended recipient, or if you have
received this communication in error, please notify us immediately by
return e-mail and delete the original message and any copies of it
from your computer system.

For further information about Wilson, Elser, Moskowitz, Edelman &
Dicker LLP, please see our website at www.wilsonelser.com or refer to
any of our offices.
Thank you.